In the Matter of the Application of CARLETON E. BREWSTER, SR., Respondent, for a Certiorari Order against SAMUEL J. WENDT, Chairman, RUSSELL PAGE KOEHLER, Secretary, and Others, Constituting the BOARD OF ZONING APPEALS OF THE TOWN OF ISLIP, Appellants.— Order denying motion to vacate certiorari order and dismiss the proceeding affirmed, with ten dollars costs and disbursements. While the verification of the petition by the petitioner before his son, who is a member of the board of zoning appeals of the town of Islip and one of the appellants, is not to be commended, it was, in our opinion, at most a mere irregularity and did not render the petition void or deprive the court of jurisdiction of the proceeding.   (*Heidelberger* v. *Heidelberger*, 196 App. Div. 626; *Vreeland* v. *Pennsylvania Tanning Co.*, 130 id. 405.)   Lazansky, P. J., Young, Carswell, Scudder and Tompkins, JJ., concur.

In the Matter of the Application of VINCENZO CALABRESE, JR., Relator, v. EDWARD P. MULROONEY and Others, Constituting the STATE LIQUOR AUTHORITY, Respondents.— Determination of the State Liquor Authority unanimously confirmed and certiorari proceeding dismissed, without costs.   No opinion.   Present — Lazansky, P. J., Young, Kapper, Hagarty and Davis, JJ.

In the Matter of the Application of SAMUEL ROTTENSTEIN and ROTTENSTEIN AMUSEMENT CORPORATION, Appellants, for a Prohibition Order against COURT OF SPECIAL SESSIONS OF THE CITY OF NEW YORK, CITY MAGISTRATES' COURT OF THE CITY OF NEW YORK and BENJAMIN GERSTEIN, Respondents.— Order denying motion for order of prohibition affirmed, with ten dollars costs and disbursements. No opinion.   Lazansky, P. J., Young, Kapper, Hagarty and Davis, JJ., concur.